1000

No. 95–6476.  SCRUGGS *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 95–6481.  RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 95–6482.  BORKOSKI *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 95–6484.  BARQUERO *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–6485.  ANDERSON *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 95–6486.  COLLINS *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–6487.  GIBBS *v.* UNITED STATES.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 95–6489.  WITHERSPOON *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 95–6493.  GREEN *v.* UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 95–6496.  SANFORD *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 95–6498.  ALLEN *v.* HADDEN ET AL.  C. A. 10th Cir.
Certiorari denied.

No. 95–6499.  GRIFFITH *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 95–6502.  GUERRERO *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 95–6508.  MENDOZA *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–6511.  BOYD *v.* UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 95–6512.  ANITON *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.